# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

145165

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRETT GIBSON,
      Plaintiff-Appellant,

v

                                 SC: 145165
                                 COA: 305492
                                 Oscoda CC: 06-004124-CH

JOHN L. NOWAK,
      Defendant-Appellee,
and

THOMAS E. NEU, ELIZABETH A. NEU,
and WELLS FARGO BANK, N.A.,
      Intervening Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                  _____
                                             Clerk

t0827